**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**DAYAKAR MOPARTY**                    **DOCKET NO. 2:25-cv-0472**
                                        **SECTION P**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**KATHLEEN TOOMEY, ET AL**              **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Dismiss (doc. 9) be **GRANTED** and this matter be **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in chambers this 6th day of April, 2026.

_____
                                        **JAMES D. CAIN, JR.**
                                **UNITED STATES DISTRICT JUDGE**